ACCEPTED
05-15-01391-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/19/2015 10:57:31 AM
LISA MATZ
CLERK

| | |
|---|---|
| Appellate Docket Number: | 05-15-01391-CR |
| Appellate Case Style: Style: | Eric Voncharles Mosby |
| Vs. | State of Texas |
| Companion Case: | |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

11/19/2015 10:57:31 AM

LISA MATZ
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Eric | ☐ Lead Attorney |
| Middle Name: vonCharles | First Name: Ronald |
| Last Name: Mosby | Middle Name: L |
| Suffix: | Last Name: Goranson |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: $0.00 | ☒ Appointed ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: |
| | Address 1: 2828 Routh, LB 10 |
| | Address 2: |
| | City: Dallas |
| | State: Texas        Zip+4: 75201-1424 |
| | Telephone: 214-651-1122        ext. |
| | Fax: 214-871-0620 |
| | Email: rlgatty@aol.com |
| | SBN: 08193000 |

Add Another Appellant/
Attorney

## III. Appellee

First Name:

Middle Name:

Last Name: State of Texas

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name: Susan

Middle Name:

Last Name: Hawk

Suffix:

☐ Appointed  ☒ District/County Attorney

☐ Retained  ☐ Public Defender

Firm Name: Dallas County District Attorney

Address 1: 133 North Riverside, LB 19

Address 2:

City: Dallas

State: Texas  Zip+4: 75207

Telephone: 214-653-3600  ext.

Fax:

Email:

SBN:  Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Assaultive

Type of Judgment: Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: July 23, 2015

Offense charged: Agg Assault/Bodily Inj/FV/Deadly weapon

Date of offense: April 7, 2014

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: August 3, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 20 years

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No  If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No  If yes, date filed:

Other: ☐ Yes ☐ No  If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA  If yes, date filed: August 3, 2015

Date of hearing: August 3, 2015  ☐ NA

Date of order: November 5, 2015  ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA  If granted or denied, date of ruling: November 5, 2015

## VIII. Trial Court And Record

Court: 203rd Judicial District Court

County: Dallas

Trial Court Docket Number (Cause no): F-14-75538

Trial Court Judge (who tried or disposed of the case):

First Name: Teresa

Middle Name:

Last Name: Hawthorne

Suffix:

Address 1: 133 N. Riverfront Blvd, LB 28

Address 2:

City: Dallas

State: Texas　　　　Zip + 4: 75207

Telephone: 214-653-5822　　ext.

Fax: 214-653-2896

Email:

Clerk's Record:

Trial Court Clerk: ☒ District ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Nov 6, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: Nov 6, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter　　　☐ Court Recorder
☐ Official　　　☐ Substitute

First Name: Lisabeth

Middle Name:

Last Name: Kellett

Suffix:

Address 1: 133 N. Riverside, LB 28

Address 2:

City: Dallas

State: Texas　　　　Zip + 4:

Telephone: 214-653-5823　　ext.

Fax: 214-653-2896

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                         Court:

Style:

    Vs.    State of Texas

## X. Signature

_Signature_

Signature of counsel (or Pro Se Party)                 Date:   November 18, 2015

_Ronald L. Goranson_

Printed Name:                                          State Bar No: 08193000

Electronic Signature:   Ronald L. Goranson            Name:   Ronald L. Goranson
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  November 18, 2015      .

_Signature_

Signature of counsel (or pro se party)                 Electronic  Signature:  Ronald L. Goranson
                                                           (Optional)

                                                       State Bar No.:   08193000

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;

    (2) the name and address of each person served, and

    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: November 19, 2015

Manner Served: eServe

First Name: Lori

Middle Name:

Last Name: Ordiway

Suffix:

Law Firm Name: Dallas County District Attorney's Office

Address 1: 133 N. Riverside, LB 19

Address 2:

City: Dallas

State Texas                    Zip+4: 75207

Telephone: 214-653-3600          ext.

Fax:

Email: lori.ordiway@dallascounty.org